# Exhibit A

RECEIVED OCT 17 2019

| AOC-S-105   Sum Code: CI | | Case Number 19-CI-00333 |
|---|---|---|
| Rev. 7-99 |  | Court CI |
| Commonwealth of Kentucky | | County GRAYSON |
| Court of Justice | | |
| CR 4.02; Cr Official Form 1 | Civil Summons | |

Plaintiff, COY, ROBERT E VS. CIGNA GROUP INSURANCE, , ET AL, Defendant

```
CIGNA GROUP INSURANCE,
SERVE SUSAN ORSO
900 COTTAGE GROVE RD. WILDE-B6LPA
HARTFORD                CT     06152
```

The Commonwealth of Kentucky to the above-named Defendant(s):

You are hereby notified that a legal action has been filed against you in this court demanding relief as shown on the document delivered to you with summons. Unless a written defense is made by you or by an attorney on your behalf within twenty (20) days following the day this paper is delivered to you, judgement by default may be taken against you for the relief demanded in the attached complaint.

The name(s) and address(es) of the party or parties demanding such relief against you or his/her (their) attorney(s) are shown on the document delivered to you with this summons.

Circuit/District Clerk, STACIE BLAIN

By _____ , DC

Date: 10/9/2019

**Proof of Service**

[ ] This Summons was served by delivering a true copy and the Complaint (or other initiating document)
To: _____

[ ] Not Served because: _____

Date: _____, 2____                                         Served by: _____

CI   19-CI-00333
COY, ROBERT E VS. CIGNA GROUP INSURANCE, , ET AL



COMMONWEALTH OF KENTUCKY
46TH JUDICIAL DISTRICT
GRAYSON CIRCUIT COURT
DIVISION NO.: II
CIVIL ACTION NO.: 19-CI-333

FILED
OCT 0 9 2019
STACIE BLAIN
GRAYSON CIRCUIT COURT CLERK

ROBERT E. COY
499 LOGAN LANE
LEITCHFIELD, KY 42754            PLAINTIFF

VS.          COMPLAINT

CIGNA GROUP INSURANCE
A/K/A CIGNA HEALTH & LIFE INSURANCE COMPANY
A/K/A CIGNA INSURANCE COMPANY
SERVE:    SUSAN ORSO
           900 COTTAGE GROVE RD. WILDE-B6LPA
           HARTFORD, CT 06152

LIFE INSURANCE COMPANY OF NORTH AMERICA
SERVE:    JAMES JOHN SMITH, JR.
           TWO LIBERTY PLACE
           1601 CHESTNUT STREET
           PHILADELPHIA PA 19192-22362

BEAM SUNTORY, INC.
A/K/A BEAM SUNTORY IMPORT CO.        DEFENDANTS
A/K/A JIM BEAM BRANDS CO.
SERVE:    UNITED STATES CORPORATION COMPANY
           421 WEST MAIN STREET
           FRANKFORT, KY 40601

1. This action arises under the Employee Retirement Income Security Act of 1974 29 USC §§1001 *et seq.* (ERISA) and more particularly §502(a)(1)(B) and §502(c) of said Act, 29 USC §§1132(a)(1)(B), §1132(c). The court has jurisdiction of this matter under 29 USC §1132(e).

2. Plaintiff, Robert E. Coy ("Coy"), is a resident of the Commonwealth of Kentucky and resides at 499 Logan Lane, Leitchfield, Grayson County, Kentucky 42754.

1

The Plaintiff is a qualified participant in a pension plan within the meaning of 29 USC §1002(7) of ERISA.

3. The Defendant, Cigna Health & Life Insurance Company, a/k/a Cigna Insurance Company, a/k/a Cigna Group Insurance ("Cigna"), is the administrator of the plan.

4. The Defendant, Beam Suntory, Inc., a/k/a Beam Suntory Import Co., a/k/a Jim Beam Brands Co., ("Beam Suntory"), is the plan/policy holder under the pension plan life insurance policy (Policy Number LK0964210 and/or FLX-9966134, incident number 4084916).

5. The Defendant, Life Insurance Company of North America ("LINA") is a corporation organized and existing under the laws of the State of Pennsylvania with its principal place of business at Two Liberty Place, 1601 Chestnut Street, Philadelphia, PA 19192-2362 and is the plan administrator and fiduciary of plan, which is the subject of this civil action.

6. This Court has personal jurisdiction over the Defendants. KRS 454.210.

7. The pension plan or "the Plan", is a "qualified employees" pension or retirement plan under Section 401 of the Internal Revenue Code of 1954, as amended, and an employee pension plan within the meaning of 29 USC §1002(2)(A) and §1002(35).

8. On March 30, 2004 Coy became employed by the Defendant currently known and referred to as Beam Suntory, Inc. and remained continuously employed under the terms of pension plan, until he retired, as disabled.

9. Coy went on approved medical leave on April 20, 2015 through August of 2015, and again on short term disability leave from August of 2016 to February of 2017 at which time he went on long-term disability.

10. Coy applied for disability retirement benefits and which includes, *inter alia*, waiver of premiums for life insurance benefits for his spouse and dependent children, if any.

11. On April 6, 2017, Cigna notified Coy that his application for Waiver of Premium for the life insurance policy issued by LINA had been referred to Cigna for review, because Coy had applied for disability benefits under the plan.

12. On April 19, 2017 Cigna notified Coy that his long-term disability benefits had been approved.

13. On May 19, 2017, Cigna notified Coy that it had started its review of his Waiver of Premium claim under the Group Term Life Insurance Policy issued by LINA.

14. On June 9, 2017 Cigna notified Coy that it was reviewing medical records regarding the Waiver of Premium claim that it would notify Coy of the decision within thirty days of the notice.

15. On June 22, 2017 Cigna notified Coy that his claim for the Waiver of Premium had been denied after of review of certain medical records and the steps to be taken if he intended to appeal the denial.

16. On June 26, 2017 Coy filed his appeal of Cigna's denial, and included additional medical records in support of his appeal.

17. On August 4, 2017 Cigna notified Coy that it had received his appeal and that the appeal was being referred to its "Disability Appeals Team", which would be contacting him with fifteen days of the notice.

18. On August 9, 2017 a member of the Cigna's Disability Appeals Team notified Coy that it would review additional medical records to be supplied by Coy and that it was continuing to consider his claim.

19. On August 31, 2017 Coy supplied additional medical records to Cigna's Disability Appeals Team.

20. On September 12, 2017 Cigna notified Coy that it required an additional forty-five days to make a decision on his appeal.

21. On November 20, 2017 Cigna notified Coy that it was unable to approve his Waiver of Premium but would reconsider its decision, if Coy filed second appeal request.

22. On May 14, 2018 Coy, by counsel, filed the second appeal of Cigna's denial of the Waiver of Premium claim, suppling additional medical records.

23. On August 28, 2018 Cigna notified Coy, through counsel, that his second appeal was being referred to the Disability Appeals Team for further consideration.

24. On September 11, 2018 Cigna notified Coy that his second appeal was continuing to be considered.

25. On October 12, 2018 Cigna notified Coy that his second appeal had been denied.

26. Coy has complied with all conditions in order to receive a Waiver of Premium for the life insurance policy.

27. The decision to deny Coy's Waiver of Premium claim was arbitrary, capricious, not made in good faith, unsupported by substantial evidence, erroneous as a matter of fact and law, and in violation of ERISA.

28. As the direct and proximate result of the actions of the Defendants, Coy has been caused to incur attorneys' fees in the filing and prosecution of this action.

Wherefore, Plaintiff requests relief against the defendants, jointly or severally as follows:

1. A judgment and order enjoining Defendants to designate the Plaintiff as an eligible participant under the Plan and to take what action is necessary to effectuate the waiver of premium on the life insurance policy insuring the Plaintiff's life;

2. A judgment and order awarding the Plaintiff a reasonable fee for the services of his attorney incurred herein;

3. A judgment and order awarding the Plaintiff his court costs and expenses incurred in this action;

4. Any further relief to which the Plaintiff appears entitled.

Respectfully submitted this, October 9, 2019.

*Alton L. Cannon*
Alton L. Cannon
Attorney for the Plaintiff, Robert Coy
1453 Elizabethtown Road
P.O. Box 427
Leitchfield, KY 42755-0427
270-259-9631
270-259-5937 fax